

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-18-00594-CV

Mary **MATTHEWS**,
Appellant

v.

**OLD RIVER ROAD RV RESORT, LLC**,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 18372A
Honorable Robert R. Barton, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice

Delivered and Filed: May 15, 2019

DISMISSED

In its agreed motion to dismiss, Appellee Old River Road RV Resort, LLC accepts Appellant's argument that under *Glassdoor, Inc. v. Andra Group, LP*, No. 17-0463, 2019 WL 321934 (Tex. Jan. 25, 2019), the underlying case has become moot by the passage of time, and this appeal should be dismissed.

The agreed motion is granted; this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(2), 43.2(f); *Glassdoor*, No. 17-0463, 2019 WL 321934, at *3.

PER CURIAM